# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Royal Cabana LLC | § | Case No. 18-12103-LSS |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 17, 2018. The undersigned trustee was appointed on September 18, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       1,839,771.55

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 1,583,628.31 |
| Administrative expenses | 139,959.37 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 116,183.87 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/04/2019 and the deadline for filing governmental claims was 03/16/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $78,443.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $76,833.46, for a total compensation of $76,833.46.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $153.70, for total expenses of $153.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/08/2020     By: /s/Alfred T. Giuliano, Trustee (DE)
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-12103-LSS | **Trustee:** (500670) Alfred T. Giuliano, Trustee (DE) |
| **Case Name:** Royal Cabana LLC | **Filed (f) or Converted (c):** 09/17/18 (f) |
| | **§341(a) Meeting Date:** 10/10/18 |
| **Period Ending:** 05/08/20 | **Claims Bar Date:** 02/04/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Bank Account - Citibank CBO Services<br>     Checking Account Ending 9623 | 1,000.00 | 771.55 | | 771.55 | FA |
| 2  Security Deposit - Robert Schroeder<br>     Robert Sxhroeder (Refunded by TE Patterson)<br>No known security deposits in place. | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  Prepayments - Williams Insurance<br>     Williams Insurance: Renovators, Builders Risk & Homeowners Policies.  Policies are paid for yearly coverage in late February 2018 and May 2018<br>Policies expired but coverage picked up by Lender. | 5,000.00 | 0.00 | | 0.00 | FA |
| 4  Real Estate - 7 Lake Ave., Rehoboth Bch, DE<br>     7 Lake Avenue, Rehoboth Beach, DE 19971 Parcel No.: 334-14.14-4.00<br>Schedule "D" Creditor's Name: IRA Services Trust Company (All real estate owned by Debtor)<br><br>Schedule "A" Note:  The combined valuation of both properties [7 Lake Avenue, Rehoboth Beach, DE and 9 Kensington, Rehoboth Beach, DE] is $3,371,000.00 less a judgment encumbering both properties of $1,390,000.00, totaling $2,231,461.12, which is assigned to the first property (Asset No.: 4) as the second property's value is wholly subsumed (Asset No.: 5).  As such, the combined Debtor's equity in these properties is $1,981,000.00. | 1,981,000.00 | 110,000.00 | | 1,500,000.00 | FA |
| 5  Real Estate - 9 Kensington, Rehoboth Bch, DE<br>     9 Kensington Road, Rehoboth Beach, DE 19971 [Parcel No.: 334-19.00-4.08.00<br>Schedule "D" Creditor's Name: IRA Services Trust Company (All real estate owned by Debtor)<br><br>Schedule "A" Note:  The combined valuation of both properties [7 Lake Avenue, Rehoboth Beach, DE and 9 Kensington, Rehoboth Beach, DE] is $3,371,000.00 less a judgment encumbering both properties of $1,390,000.00, totaling $2,231,461.12, which is assigned to the first property (Asset No.: 4) as the | 0.00 | 339,000.00 | | 339,000.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12103-LSS  
**Case Name:** Royal Cabana LLC  

**Period Ending:** 05/08/20  

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)  
**Filed (f) or Converted (c):** 09/17/18 (f)  
**§341(a) Meeting Date:** 10/10/18  
**Claims Bar Date:** 02/04/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | second property's value is wholly subsumed (Asset No.: 5). As such, the combined Debtor's equity in these properties is $1,981,000.00. |  |  |  |  |  |
| 6 | Void  (u) | Unknown | 0.00 |  | 0.00 | FA |
| **6** | **Assets** **Totals** (Excluding unknown values) | **$1,988,000.00** | **$449,771.55** |  | **$1,839,771.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2021          **Current Projected Date Of Final Report (TFR):**     March 25, 2020  (Actual)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 18-12103-LSS
**Case Name:** Royal Cabana LLC

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Mechanics Bank
**Account:** ******2766 - Checking Account

**Taxpayer ID #:** **-***4963
**Period Ending:** 05/08/20

**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/18 | {1} | CitiBank, N. A. | Close Account Ending 9623 | 1129-000 | 771.55 | | 771.55 |
| 01/24/19 | | Baird Mandalas Brockstedt | Non-Estate Funds re: IRA Services Advance Funded by Secured Lender | 1280-000 | 500.00 | | 1,271.55 |
| 02/08/19 | | Baird Mandalas Brockstedt | Non-Estate Funds re: IRA Services Advance Funded by Secured Lender | 1280-000 | 4,000.00 | | 5,271.55 |
| 02/19/19 | 101 | Johnson & Johnson | Policy No.: LSP4862933B Period of 02/13/19 - 02/13/20 | 2420-000 | | 3,141.50 | 2,130.05 |
| 03/06/19 | 102 | International Sureties, Ltd | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/19 - 01/01/20 | 2300-000 | | 0.57 | 2,129.48 |
| 04/17/19 | 103 | The Debbie Reed Team | Reimbursement re: Maintenance of Real Estate Properties | | | 1,689.13 | 440.35 |
| | | | Invoice No.: 19-2309   99.00 Service Today re: 7 Lake Avenue, Rehoboth Beach, DE 19971 | 2420-000 | | | 440.35 |
| | | | City of Rehoboth Beach   1,129.63 Water re: 7 Lake Avenue, Rehoboth Beach, DE 19971 | 2420-000 | | | 440.35 |
| | | | Invoice No.: 41557 Penn   186.50 Del Locksmith re: 7 Lake Avenue, Rehoboth Beach, DE 19971 | 2420-000 | | | 440.35 |
| | | | Invoice No.: 41558 Penn   274.00 Del Locksmith re: 9 Kensington Avenue, Rehoboth Beach, DE 19971 | 2420-000 | | | 440.35 |
| 05/20/19 | | Stoney Creek Realty, LLC | Sale of Real Estate - 9 Kensington Road, Rehoboth Beach, DE 19971 [Docket No.: 38] | | 10,000.00 | | 10,440.35 |
| | {5} | | Gross Amount of Sale   339,000.00 | 1110-000 | | | 10,440.35 |
| | | Cost of Sale | County Taxes for Period   350.57 of 03/18/19 - 03/31/19 | 2820-000 | | | 10,440.35 |
| | | Cost of Sale | 1st Quarter Sewer   20.38 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | Annual HOA Dues for   138.56 Period of 03/18/18 - 12/31/19 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | Annual Road   197.95 Assessment for Period | 2500-000 | | | 10,440.35 |

Subtotals :   $15,271.55   $4,831.20

{} Asset reference(s)

Printed: 05/08/2020 04:04 PM   V.14.66

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 18-12103-LSS
**Case Name:** Royal Cabana LLC

**Taxpayer ID #:** **-***4963
**Period Ending:** 05/08/20

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Mechanics Bank
**Account:** ******2766 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 03/18/19 - 12/31/19 | | | | | |
| | | IRA Services Trust Company (CFBO) | Release of Mortgage | -302,523.53 | 4110-000 | | | 10,440.35 |
| | | Cost of Sale | Hudson, Jones, Jaywork & Fisher re: Document Preparation | -300.00 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | Hudson, Jones, Jaywork & Fisher re: Document Preparation | -65.00 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | City/County Tax/Stamps re: Deed | -2,542.50 | 2820-000 | | | 10,440.35 |
| | | Cost of Sale | State Tax/Stamps re: Deed | -4,237.50 | 2820-000 | | | 10,440.35 |
| | | Cost of Sale | 2018-2019 County Taxes re: Sussex county Treasury Division | -1,218.65 | 2820-000 | | | 10,440.35 |
| | | Cost of Sale | 07/01/17 - 03/31/19 Utilities re: Sussex County Council | -960.28 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | 2019 Annual HOA Dues for Rehoboth Beach Yacht & Country Club P.O.A. | -175.00 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | Outstanding HOA & Road Assessment for Rehoboth Beach Yacht & Country Club P.O.A. | -485.00 | 2500-000 | | | 10,440.35 |
| | | Cost of Sale | Second Quarter Utilities for Rehoboth Beach Yacht & Country Club P.O.A. | -250.00 | 2500-000 | | | 10,440.35 |
| | | Remax Realty Group - Rehoboth | 5% Commission to Remax Realty Group 0 Rehoboth | -8,475.00 | 3510-000 | | | 10,440.35 |
| | | Patterson Schwartz | 5% Commission to Patterson Schwartz | -8,475.00 | 3510-000 | | | 10,440.35 |
| 07/09/19 | | NRT Holdings, LLC | Sale re: 7 Lake Avenue, Rehoboth Beach, DE 19971 [Docket No.: 71] | | | 105,790.55 | | 116,230.90 |
| | {4} | | Gross Sale re: 7 Lake | 1,500,000.00 | 1110-000 | | | 116,230.90 |

Subtotals :    $105,790.55    $0.00

{} Asset reference(s)    Printed: 05/08/2020 04:04 PM    V.14.66

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 18-12103-LSS  
**Case Name:** Royal Cabana LLC  

**Taxpayer ID #:** **-***4963  
**Period Ending:** 05/08/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Avenue, Rehoboth Beach, DE 19971 | | | | | |
| | | Cost of Sale | City/Town Taxes from 07/09/19 - 06/30/20 | 810.90 | 2820-000 | | | 116,230.90 |
| | | Cost of Sale | Town Trash from 07/09/19 - 06/30/20 | 293.44 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | Title - (2) Sat. Preparation Fees to Law Office of Susan Pittard Weidman, P.A. | -300.00 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | Title - Delivery of Funds/Proceeds/Payoffs to Law Office of Susan Pittard Weidman, P.A. | -65.00 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | Title - Document Preparation to Law Office of Susan Pittard Weidman, P.A. | -395.00 | 2500-000 | | | 116,230.90 |
| | | Resort Realty Group, Inc. | Remax Realty Group Commission | -37,500.00 | 3510-000 | | | 116,230.90 |
| | | Resort Realty Group, Inc. | Remax Realty Group Commission (Buyers Broker) | -37,500.00 | 3510-000 | | | 116,230.90 |
| | | Cost of Sale | Satisfaction Pieces (2) to Recorder of Deeds | -92.00 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | UCC Termination Fee to Recorder of Deed | -50.00 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | City/County tax/stamps to Recorder of Deeds | -11,250.00 | 2820-000 | | | 116,230.90 |
| | | IRA Services Trust Company (CFBO) | Payoff: IRA Services Trust Co. | -1,281,104.78 | 4110-000 | | | 116,230.90 |
| | | Cost of Sale | County Taxes 07/01/19 - 06/30/19 to Treasury Division | -994.67 | 2820-000 | | | 116,230.90 |
| | | Cost of Sale | City Trash 07/01/19 - 06/30/20 to Town of Rehoboth Beach | -300.00 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | Town Taxes 07/01/19 - 06/20/20 to Town of | -829.02 | 2820-000 | | | 116,230.90 |

Subtotals :    $0.00    $0.00

{} Asset reference(s)    Printed: 05/08/2020 04:04 PM    V.14.66

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 18-12103-LSS  
**Case Name:** Royal Cabana LLC  

**Taxpayer ID #:** **-***4963  
**Period Ending:** 05/08/20  

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)  
**Bank Name:** Mechanics Bank  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Rehoboth Beach | | | | | |
| | | Cost of Sale | Final Water/Sewer Reading 07/05/19 to Town of Rehoboth Beach | -55.69 | 2500-000 | | | 116,230.90 |
| | | Cost of Sale | Town Taxes Balance Due to Town of Rehoboth Beach | -1,627.63 | 2820-000 | | | 116,230.90 |
| | | Cost of Sale | State Tax/stamps to Recorder of Deeds | -18,750.00 | 2820-000 | | | 116,230.90 |
| | | | Reimbursement re: Advance | -4,500.00 | 1280-000 | | | 116,230.90 |
| 01/29/20 | 104 | International Sureties, Ltd | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/20 - 01/01/21 | | 2300-000 | | 47.03 | 116,183.87 |
| | | | **ACCOUNT TOTALS** | | | 121,062.10 | 4,878.23 | $116,183.87 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 121,062.10 | 4,878.23 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$121,062.10** | **$4,878.23** | |

|  |  |
|---|---|
| Net Receipts : | 121,062.10 |
| Plus Gross Adjustments : | 1,718,709.45 |
| Net Estate : | $1,839,771.55 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2766 | 121,062.10 | 4,878.23 | 116,183.87 |
| | $121,062.10 | $4,878.23 | $116,183.87 |

{} Asset reference(s)                                                                                         Printed: 05/08/2020 04:04 PM    V.14.66

# Exhibit C - Claims Register

## Case: 18-12103-LSS    Royal Cabana LLC

Claims Bar Date: 02/04/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Verratti Landscaping<br>P. O. Box 382<br>Rehoboth Beach, DE 19971<br><7200-00   Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>08/08/19 | | $2,870.00<br>$2,870.00 | $0.00 | $2,870.00 |
| BK | Bielli & Klauder, LLC<br>1204 N. King Street<br><br>Wilmington, DE 19801<br><br><3210-00   Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>09/17/18 | Chapter 7 Professionals have voluntarily reduced their fees pro-rata to allow the general unsecured claim to be paid in full.<br>Attorney for the Trustee<br>1st Fee Application for Period of January 17, 2019 - December 31, 2019 $34,638.00 $91.38 | $34,638.00<br>$33,927.21 | $0.00 | $33,927.21 |
| BK | Bielli & Klauder, LLC<br>1204 N. King Street<br><br>Wilmington, DE 19801<br><br><3220-00   Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>09/17/18 | Attorney for the Trustee<br>1st Fee Application for Period of January 17, 2019 - December 31, 2019 $34,638.00 $91.38 | $91.38<br>$91.38 | $0.00 | $91.38 |
| PS | Patterson Schwartz-Dover<br>18958 Coastal Highway<br><br>Rehoboth, DE 19971<br><3510-00   Realtor for Trustee Fees (Real Estate Commissions)>, 200 | Admin Ch. 7<br>09/17/18 | Sale of 9 Kensington Road, Rehoboth Beach, DE 19971 | $8,475.00<br>$8,475.00 | $8,475.00 | $0.00 |
| ATG | A. T. Giuliano, P.C.<br>2301 E. Evesham Road<br>Pavilion 800, Suite 210<br>Voorhees, NJ 08043<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>09/17/18 | Chapter 7 Professionals have voluntarily reduced their fees pro-rata to allow the general unsecured claim to be paid in full. | $78,443.15<br>$76,833.46 | $0.00 | $76,833.46 |
| ATG | A. T. Giuliano, P.C.<br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>09/17/18 | | $153.70<br>$153.70 | $0.00 | $153.70 |
| COS | Cost of Sale<br><2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>, 200 | Admin Ch. 7<br>09/17/18 | | $2,842.64<br>$2,842.64 | $2,842.64 | $0.00 |

# Exhibit C - Claims Register

## Case: 18-12103-LSS   Royal Cabana LLC

Claims Bar Date:   02/04/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| GMC | Giuliano, Miller & Co., LLC<br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043 | Admin Ch. 7<br>09/17/18 | | $2,297.00<br>$2,249.86 | $0.00 | $2,249.86 |
| | | | Chapter 7 Professionals have voluntarily reduced their fees pro-rata to allow the general unsecured claim to be paid in full.<br>Accounts and Financial Advisors to the Trustee<br>1st & Final Fee Application for Period of 01/17/19 - 01/21/20 $2,297.00 $58.26 | | | |
| | <3310-00   Accountant for Trustee Fees (Trustee Firm)>,  200 | | | | | |
| GMC | Giuliano, Miller & Co., LLC<br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043 | Admin Ch. 7<br>09/17/18 | | $58.26<br>$58.26 | $0.00 | $58.26 |
| | | | Accounts and Financial Advisors to the Trustee<br>1st & Final Fee Application for Period of 01/17/19 - 01/21/20 $2,297.00 $58.26 | | | |
| | <3320-00   Accountant for Trustee Expenses (Trustee Firm)>,  200 | | | | | |
| IRA | IRA Services Trust Company<br>  CFBO Richard E. Grodsky IRA<br>1160 Industrial Road, #1<br>San Carlos, CA 94070 | Secured<br>09/17/18 | | $1,583,628.31<br>$1,583,628.31 | $1,583,628.31 | $0.00 |
| | | | Sale of 9 Kensington Road, Rehoboth Beach, DE 19971<br>Sale of 7 Lake Avenue, Rehoboth Beach, DE 19971 $1,285,604.78 | | | |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| J&J | Johnson & Johnson<br>P. O. Box 162867<br>Atlanta, GA 30321-2867 | Admin Ch. 7<br>09/17/18 | | $3,141.50<br>$3,141.50 | $3,141.50 | $0.00 |
| | | | Lloyds of London Insurance Company Policy No.: LSP4862933B<br>Policy Term: 02/13/19 - 02/13/20 | | | |
| | <2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | | | | | |
| BOND | International Sureties, Ltd<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Admin Ch. 7<br>09/17/18 | | $47.60<br>$47.60 | $47.60 | $0.00 |
| | <2300-00   Bond Payments>,  200 | | | | | |
| DR7 | The Debbie Reed Team<br>RE/MAX Realty Group<br>319 Rehoboth Avenue<br>Rehoboth Beach, DE 19971 | Admin Ch. 7<br>09/17/18 | | $1,415.13<br>$1,415.13 | $1,415.13 | $0.00 |
| | | | Real Estate located at 7 Lake Avenue, Rehoboth Beach, DE 19971 | | | |
| | <2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | | | | | |
| DR9 | The Debbie Reed Team<br>RE/MAX Realty Group<br>319 Rehoboth Avenue<br>Rehoboth Beach, DE 19971 | Admin Ch. 7<br>09/17/18 | | $274.00<br>$274.00 | $274.00 | $0.00 |
| | | | Real Estate re: 9 Kensington, Rehoboth Beach, DE | | | |
| | <2420-00   Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)>,  200 | | | | | |

# Exhibit C - Claims Register

Case: 18-12103-LSS    Royal Cabana LLC

Claims Bar Date: 02/04/19

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| REMAX | Resort Realty Group, Inc. d/b/a Re/Max Realty Group 317 Rehoboth Avenue Rehoboth Beach, DE 19971 <3510-00   Realtor for Trustee Fees (Real Estate Commissions)>,  200 | Admin Ch. 7 09/17/18 | | $83,475.00 $83,475.00 | $83,475.00 | $0.00 |
| COS-TAX | Cost of Sale <2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7 09/17/18 | | $40,288.50 $40,288.50 | $40,288.50 | $0.00 |
| | | | Case Total: | | $1,723,587.68 | $116,183.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 18-12103-LSS
Case Name: Royal Cabana LLC
Trustee Name: Alfred T. Giuliano, Trustee (DE)

**Balance on hand:** $ 116,183.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| IRA | IRA Services Trust Company | 1,583,628.31 | 1,583,628.31 | 1,583,628.31 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 116,183.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 76,833.46 | 0.00 | 76,833.46 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 153.70 | 0.00 | 153.70 |
| Attorney for Trustee, Fees - Bielli & Klauder, LLC | 33,927.21 | 0.00 | 33,927.21 |
| Attorney for Trustee, Expenses - Bielli & Klauder, LLC | 91.38 | 0.00 | 91.38 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 2,249.86 | 0.00 | 2,249.86 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 58.26 | 0.00 | 58.26 |
| Other Fees: Patterson Schwartz-Dover | 8,475.00 | 8,475.00 | 0.00 |
| Other Expenses: Cost of Sale | 43,131.14 | 43,131.14 | 0.00 |
| Other Fees: Resort Realty Group, Inc. | 83,475.00 | 83,475.00 | 0.00 |
| Other Expenses: International Sureties, Ltd | 47.60 | 47.60 | 0.00 |
| Other Expenses: Johnson & Johnson | 3,141.50 | 3,141.50 | 0.00 |
| Other Expenses: The Debbie Reed Team | 1,689.13 | 1,689.13 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 113,313.87
Remaining balance: $ 2,870.00

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $        0.00
Remaining balance: $    2,870.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $        0.00
Remaining balance: $    2,870.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for timely general unsecured claims: $        0.00
Remaining balance: $    2,870.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,870.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Verratti Landscaping | 2,870.00 | 0.00 | 2,870.00 |

Total to be paid for tardy general unsecured claims: $ 2,870.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00